**2005–0652. RPM, Inc. v. Oatey Co.**

Medina App. Nos. 3282–M and 3289–M, 2005-Ohio-1280. On motion for stay of court of appeals' judgment. Motion granted provided that appellant shows that its statutorily compliant bond posted in 2003–0423, *RPM, Inc. v. Oatey Co.*, remains in effect.

RESNICK, J., dissents.

**2005–0658. New World Communications of Ohio, Inc. v. Wilkins.**

Board of Tax Appeals, Nos. 2003–A–1732 and 2003–A–1733. On motion for admission pro hac vice of David A. Shuster by J. Richard Emens. Motion granted.

# APPEALS ACCEPTED FOR REVIEW

**2005–0103. Lorince v. Universal Underwriters.**

Cuyahoga App. No. 83711, 2004-Ohio-6287. Discretionary appeal accepted.

RESNICK, J., dissents.

Discretionary cross-appeal accepted.

O'DONNELL, J., would accept the cross-appeal on Proposition of Law No. I.

RESNICK, J., dissents.

**2005–0227. Norwood v. Horney.**

Hamilton App. No. C–040683. Discretionary appeal accepted. Sua sponte, cause consolidated with 2005–0228, *Norwood v. Gamble,* Hamilton App. No. C–040783, for briefing, argument, and decision.

RESNICK, J., dissents.

On motions for admission pro hac vice of William H. Meller, Dana Berliner, Scott Bullock, Robert W. Gall, and David Roland by Robert P. Malloy. Motions granted.

**2005–0228. Norwood v. Gamble.**

Hamilton App. No. C–040783. Discretionary appeal accepted. Sua sponte, cause consolidated with 2005–0227, *Norwood v. Horney,* Hamilton App. No. C–040683, for briefing, argument, and decision.

RESNICK, J., dissents.

On motions for admission pro hac vice of William H. Mellor, Dana Berliner, Robert W. Gall, Scott Bullock, and David Roland by Robert P. Malloy. Motions granted.

**2005–0234. State v. Barnette.**

Mahoning App. No. 02 CA 65, 2004-Ohio-7211 and 2005-Ohio-477. Discretionary appeal accepted on Proposition of Law No. III; cause held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK, J., dissents.

Discretionary cross-appeal not accepted.

**2005–0272. Fowee v. Wesley Hall, Inc.**

Hamilton App. No. C–040188, 2004-Ohio-7002.

RESNICK and PFEIFER, JJ., dissent.

**2005–0293. Glidden Co. v. Lumbermens Mut. Cas. Co.**

Cuyahoga App. No. 81782, 2004-Ohio-6922. Discretionary appeal accepted.

RESNICK, O'CONNOR and LANZINGER, JJ., dissent.

On motion for admission pro hac vice of H. Christopher Bartolomucci by Kevin M. Young; motion for admission pro hac vice of John B. Haarlow, Michael P. Comiskey and Daniel S. Lambert by Dennis J. Bartek; motion for admission pro hac vice of Judith Fornie Helms by Holly Marie Wilson; motion for admission pro hac vice of Brian A. Frankl by David J. Fagnilli; motion for admission pro hac vice of William G. Passannante and Cathleen Cinella Tylis by Drew A. Carson; and motion for admission pro hac vice of Laura A. Foggan and John C. Yang by Stephen F. Gladstone. Motions granted.